UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYRENE GIBSON, Parent and Guardian of the minor child, A.G.T., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF EDUCATION OF FORT LEE, BERGEN COUNTY, <br><br> Defendant. | Civ. No. 18-11940 (MCA) (MAH) <br><br><br> REPORT AND RECOMMENDATION |

This matter having come before the Court by way of Plaintiff's motion to remand the matter to the Superior Court of New Jersey, Law Division, Bergen County and for fees pursuant to 28 U.S.C. § 1447(c), D.E. 3;

and United States District Judge Madeline Cox Arleo having referred this motion to the Undersigned for a Report and Recommendation;

and the Court having held a telephone conference on the record with the parties on September 21, 2018;

and Plaintiff having agreed, to the extent that the Amended Complaint alleges a federal claim, to withdraw any such federal claim;

and Defendant having agreed, based upon Plaintiff's agreement to withdraw any federal claims, that the Court should remand this matter to the Superior Court of New Jersey, Law Division, Bergen County;

and Plaintiff having agreed to withdraw her request for counsel fees under 28 § 1447(c);

and it appearing that Defendant removed this matter to this Court on the basis of federal

question jurisdiction under 28 U.S.C. § 1331;

and it further appearing that dismissal of the federal claim deprives the Court of original jurisdiction over this matter, and thereby precludes the exercise of supplemental jurisdiction pursuant to 28 U.S.C. § 1367, *see Storino v. Borough of Point Pleasant,* 322 F.3d 293, 299 (3d Cir. 2003);

and for the reasons set forth on the record on September 21, 2018;

and for good cause shown;

**IT IS THEREFORE ON THIS 21st day of September 2018,**

**RESPECFULLY RECOMMENDED AS FOLLOWS**:

1. Pursuant to the parties' agreement, the District Court dismiss any federal claim in the Amended Complaint as withdrawn by Plaintiff;

2. The District Court remand this matter to the Superior Court of New Jersey, Law Division, Bergen County; and

3. The District Court deem Plaintiff's application for fees under 28 U.S.C. § 1447(c) to be withdrawn by Plaintiff.

The parties are advised that pursuant to 28 U.S.C. § 636 and L. Civ. R. 71.1(c)(2), any objection to this Report and Recommendation must be filed and served within fourteen days.

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**