# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYRENE GIBSON, Parent and Guardian of the minor child, A.G.T.,<br><br>*Plaintiff*,<br>v.<br>BOARD OF EDUCATION OF FORT LEE, BERGEN COUNTY,<br><br>*Defendant.* | Civil Action No. 18-11940<br><br>ORDER |

**THIS MATTER** having come before the Court by way of the Honorable Michael A. Hammer's Report and Recommendation dated September 21, 2018, in which Judge Hammer recommended that: (1) the Court dismiss as withdrawn by Plaintiff any federal claim to the extent set forth in the Amended Complaint; (2) the Court deem withdrawn by Plaintiff the application for fees under 28 U.S.C. § 1447(c); and (3) this matter be remanded to the Superior Court of New Jersey, Law Division, Bergen County, for lack of subject matter jurisdiction, ECF No. 8;

and it appearing that neither Defendant nor Plaintiff in this matter have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 15th day of October, 2018;

**ORDERED** that Judge Hammer's Report and Recommendation dated September 21, 2018, is **ADOPTED**; and it is further

**ORDERED** that the Court dismisses as withdrawn by Plaintiff any federal claim to the extent set forth in the Amended Complaint; and it is further

**ORDERED** that the Court deems withdrawn by Plaintiff the application for fees under 28 U.S.C. § 1447(c); and it is further

**ORDERED** that this case is remanded to the Superior Court of New Jersey, Law Division, Bergen County; and it is further

**ORDERED** that the matter is closed.

/s Madeline Cox Arleo
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**